1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   JASON M. JUDD,                    1:05-cv-01161-LJO-SMS-P

12                  Plaintiff,     **ORDER ADOPTING FINDINGS AND**
                                   **RECOMMENDATIONS** (Doc. 15)
13   vs.
                                   **ORDER DISMISSING COMPLAINT/**
14   D. ADAMS, et al.,              **ACTION**

15                  Defendants.
     _____/
16

17        Plaintiff, Jason M. Judd ("plaintiff"), is a state prisoner

18   proceeding pro se and in forma pauperis in this civil rights

19   action pursuant to 42 U.S.C. § 1983.  The matter was referred to

20   a United States Magistrate Judge pursuant to 28 U.S.C.

21   § 636(b)(1)(B) and Local Rule 72-302.

22        On April 13, 2007, the Magistrate Judge filed Findings and

23   Recommendations herein which were served on plaintiff and which

24   contained notice to plaintiff that any objections to the Findings

25   and Recommendations were to be filed within twenty (20) days.  To

26   date, plaintiff has not filed objections to the Magistrate

27   Judge's Findings and Recommendations.

28   //

                                   1

1    In accordance with the provisions of 28 U.S.C.

2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3  <u>de novo</u> review of this case.  Having carefully reviewed the

4  entire file, the Court finds the Findings and Recommendations to

5  be supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendations, filed April 13, 2007,

8  are ADOPTED IN FULL; and,

9    2.   The Complaint, and therefore this action, is DISMISSED

10  based on plaintiff's failure to obey the court's order of

11  February 20, 2007.

12  IT IS SO ORDERED.

13  **Dated:    May 31, 2007**            **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE